**Order entered February 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01613-CV

## MIKOB PROPERTIES, INC., ALLAN KLEIN, AND MITCHELL KOBERNICK, Appellants

### V.

## DAVID JOACHIM AND INTERNATIONAL REALTY CONCEPTS, INC., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-01602**

## ORDER

The Court has before it appellee David Joachim's letter, received by the Court on this date, requesting a continuance of oral argument. We will treat the letter as a motion to postpone oral argument and **DENY** the motion. The appeal will be submitted on this date as scheduled, and an opinion will issue in due course.

/s/     MOLLY FRANCIS
PRESIDING JUSTICE